IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| GRAYSON FRANKLIN MILLERD, II,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants | Case No. 4:21-cv-00416-BRW |

## PLAINTIFF'S TRIAL EXHIBITS

**EXHIBIT 1:**   Central Arkansas Veterans Healthcare System ("CAVHS") 5/2
Medical Records of Grayson Millerd II
September 2015 – June 2021
(VA-000198-VA002297)

**EXHIBIT 1A:**   Selected Records CAVHS   5/2

| | | |
|---|---|---|
| | November 19, 2018 | Emergency Room Notes<br>(VA001642-VA001649) |
| | November 19, 2018 | Nurses' Notes<br>(VA001647-VA001649) |
| | November 19, 2018 | Dr. Hendrix ER Note<br>(VA001644-VA001647) |
| | November 21, 2018 | Discharge Summary ✓<br>(VA000325-VA000331) |
| | November 21, 2018 | Dr. Thaddeus Bartter Addendum Note ✓<br>(VA001631) |
| | December 18, 2018 | Discharge Summary ✓<br>(VA000312-VA000325) |
| | March 4, 2019 | Discharge Summary ✓<br>(VA000304-VA000312) |

**EXHIBIT 2:**      University of Arkansas for Medical Sciences ("UAMS") ✓
                    Medical Records of Grayson Millerd, II
                    (UAMS000001-UAMS002348)

**EXHIBIT 2A:**     Selected Records UAMS 5/2

                    December 7, 2018    Discharge Summary ✓
                                        (UAMS000018-UAMS000023)

**EXHIBIT 3:**      Michael E. DeBakey VA Medical Center ("VA Houston") ✓
                    (VA.HOUSTON000001-VA.HOUSTON000148)

**EXHIBIT 3A:**     Selected records from VA Houston 5/3

                    January 4, 2019     Discharge Summary ✓
                                        (VA.HOUSTON000004-VA.HOUSTON000005)

**EXHIBIT 4:**      CAVHS Emergency Department Sepsis Guidelines, January 2015
                    (VA002262-VA002263)

**EXHIBIT 5-15**    Photographs ✓ Admitted

**EXHIBIT 16**      Curriculum Vitae of Richard M. Sobel, MD, MPH ✓ Admitted

**EXHIBIT 17**      Curriculum Vitae of Barry Charles Fox, MD ✓ Admitted

**EXHIBIT 18**      Curriculum Vitae of Isabel S. Huang, MD, FAAPMR, CLCP ✓ Admitted

**EXHIBIT 19**      Curriculum Vitae of D. Kenneth Counts, PhD ✓ Admitted

Exhibit 20    SF95 ✓
Exhibit 21    US Department of VA Denial Letter ✓
Exhibit 22    Request for Reconsideration ✓
EXHIBIT 23    COUNTS REPORT ✓ Admitted
Exhibit 24    - Portion of lifecare plan by Dr. Huang
Exhibit 25    Letter correcting life expectancy - Dr. Huang

# United States District Court

**EASTERN** DISTRICT OF **ARKANSAS**
**CENTRAL** DIVISION

Millerd
v.
USA

**Defendants EXHIBIT LIST**

CASE NUMBER: 4:21-CV-416-BRW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Billy Roy Wilson | Bryan Smith, Chad Graddy, Richard Watts | Lindsey Lorence and Shannon Smith |
| TRIAL DATE(S): May 2-3, 2023 | COURT REPORTER: Karen Dellinger | COURTROOM DEPUTY: Ms. Melanie Beard |

| PLF NO. | DEF NO. | DATE OFFERED | obj. | stip. | red. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | 1. | 5/2/23 | | ✓ | ✓ | Central Arkansas Veterans Healthcare System ("CAVHS") Medical Records of Grayson Millerd II (September 2015 – June 2021) |
| | 1A | 5/2/23 | | ✓ | ✓ | Selected Records CAVHS, Tabs 1 – ~~18~~ 23 |
| | 2 | 5/2/23 | | ✓ | ✓ | CAVHS Emergency Department Sepsis Guidelines, January 2015 |
| | 3 | | | | | November 22, 2018 UAMS Incision and Drainage Procedure Report |
| | 4 | | | | | November 22, 2018 UAMS Laboratory Results |
| | 5 | | | | | November 24, 2018 UAMS Operative Report |
| | 6 | 5/3/23 | | ✓ | ✓ | *Curriculum Vitae* of Barry Hendrix, M.D. |
| | 7 | 5/3/23 | | ✓ | ✓ | *Curriculum Vitae* of Wendell Pahls, M.D. |