⚲ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | ARKANSAS |
|---|---|---|

Grayson Millerd, II

V.

United States of America

## EXHIBIT AND WITNESS LIST

Case Number:   4:21CV00416 BRW

| PRESIDING JUDGE Billy Roy Wilson | | | PLAINTIFF'S ATTORNEY Bryan Smith,Chad Graddy & Richard Watts | | DEFENDANT'S ATTORNEY Lindsey Lorence & Shannon Smith |
|---|---|---|---|---|---|
| TRIAL DATE (S) 05/02/2023-05/03/2023 | | | COURT REPORTER Karen Dellinger & Elaine Hinson | | COURTROOM DEPUTY Melanie Beard |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/2/2023 | | | Witness #1 -Dr. Barry Charles Fox-live-via video |
| | | 5/2/2023 | | | Witness #2- Dr. Richard M. Sobel |
| | | 5/2/2023 | | | Witness #3-Dr. Isabel Huang |
| | | 5/2/2023 | | | Witness #4-Kenneth Counts |
| | | 5/3/2023 | | | Witness #5- Scott Hall |
| | | 5/3/2023 | | | Witness #6-Grayson Millerd |
| | | 5/3/2023 | | | Witness #7-Jan Truett |
| | | 5/3/2023 | | | Witness #8-Josh Ball |
| | | 5/3/2023 | | | Witness #9-Linda Poole |
| | | 5/3/2023 | | | Witness #10- Dr. Barry Hendrix |
| | | 5/3/2023 | | | Witness #11- Dr. Wendell Pahls |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# BRYAN SMITH & ASSOCIATES, PLLC
### *Attorneys at Law*

**2670 Union Ave. Ext., Ste. 701**
**Memphis, Tennessee 38112**
www.bluffcitylawyers.com

*From the desk of:*

W. Bryan Smith
Trial Lawyer
Email: Bryan@bluffcitylawyers.com

Telephone: (901) 450-4990
Facsimile: (901) 450-4898

January 31, 2023

**Via Electronic Mail**

Honorable Billy Roy Wilson
Richard Sheppard Arnold United States Courthouse
500 West Capitol Avenue
Little Rock, AR 72201

      Re:   *Grayson Franklin Millerd II vs. United States of America;*
             *4:21-cv-00416 BRW*

Dear Judge Wilson:

      Pursuant to the Court's Amended Final Scheduling Order (Document 17), please see the following synopsis of testimony for the case-in-chief witnesses of the plaintiff, Grayson Franklin Millerd II, and estimates for direct and cross-examination:

- **Grayson Franklin Millerd II:** Mr. Millerd is the plaintiff. He will testify about his experience at the Central Arkansas Veterans Health System (CAVHS), his subsequent treatment, recovery and injuries. He will provide testimony about his damages, including but not limited to the medical treatment he received for injuires suffered as a result of defendant's negligence, pain and suffering, permanent injuries, impairment of appearance, loss of the normal enjoyments and pleasures of life, and other damages allowed by law. It is anticipated that the direct examination of Mr. Millerd will last approximately two (2) hours.

- **Richard M. Sobel, M.D.:** Dr. Richard M. Sobel is a board certified physician in Emergency Medicine. He is an expert witness for the plaintiff. Consistent with his deposition, Dr. Sobel will testify about what the standard of care required of the emergency room staff who treated Mr. Millerd on November 19, 2018, that the nursing and medical staff deviated from the standard of care in their treatment of Mr. Millerd, and that Mr. Millerd suffered injuries that would not have otherwise occurred as a result of the negligence of the nursing and medical staff at CAVHS. It is anticipated that the direct examination of Richard M. Sobel, M.D. will last approximately two (2) hours.

- **Barry Charles Fox, M.D.:** Dr. Barry Charles Fox is a board certified Infectious Disease Specialist. He is an expert for the plaintiff. Consistent with his deposition, Dr. Fox will testify that CAVHS maintained sepsis guidelines and policies that were below the

Honorable Billy Roy Wilson
January 31, 2023

standard of care for similar hospitals, and that Mr. Millerd suffered injuries that would not have otherwise occurred as a result of the negligence of the nursing and medical staff at CAVHS on or about November 19, 2018. It is anticipated that the direct examination of Dr. Fox will last approximately two (2) hours.

#3 • **Isabel Huang, M.D.:** Dr. Isabel Huang is a Physical Medicine & Rehabilitation Specialist. 5/2
She is certified by the American Board of Physical Medicine & Rehabililtation and is also a Certified Life Care Planner. Dr. Huang is an expert for the plaintiff and will testify about Mr. Millerd's injuries, medical treatment, and the anticipated future medical needs stemming from the injuries Mr. Millerd suffered as a result of the negligence of the nursing and medical staff at CAVHS on or about November 19, 2018. It is anticipated that the direct examination of Dr. Huang will last approximately one (1) hour.

#4 • **D. Kenneth Counts, Ph.D:** Dr. Kenneth Counts is a neuropsychologist. He is an expert 5/2
for the plaintiff. Dr. Count's conducted a neurocognitive evaluation and will testify about the results of his testing and the plaintiff's current neurocognitive status. It is anticipated that the direct examination of Dr. Counts will last approximately 45 minutes.

• **Betty Robertson:** Mrs. Betty Robertson is the plaintiff's mother. She visited Mr. Millerd during his treatment for injuries suffered as a result of the negligence of the nursing and medical staff at CAVHS on or about November 19, 2018. Mrs. Robertson will testify about the injuries and damages suffered by her son. It is anticipated that the direct examination of Betty Robertson will last approximately 45 minutes.

#7 • **Jan Truett:** Mrs. Jan Truett is the plaintiff's ex-mother-in-law. She visited Mr. Millerd 5/3
during his treatment for injuries suffered as a result of the negligence of the nursing and medical staff at CAVHS on or about November 19, 2018. Mrs. Truett will testify about the injuries and damages suffered by her ex-son-in-law. It is anticipated that the direct examination of Jan Truett will last 30 minutes.

#6 • **Scott Hall:** Mr. Scott Hall is the plaintiff's current employer. Mr. Hall will testify about the 5/3
plaintiff's capacity to work and limitations related to his reduced mental capacity which is relevant to the plaintiff's claim for damages. It is anticipated that the direct examination of Scott Hall will last approximately 45 minutes.

#8 • **Josh Ball:** Mr. Josh Ball is the plaintiff's ex-brother-in-law. He visited Mr. Millerd during 5/3
his treatment for injuries suffered as a result of the negligence of the nursing and medical staff at CAVHS on or about November 19, 2018. Mr. Ball will testify about the injuries and damages suffered by his ex-brother-in-law. It is anticipated that the direct examination of Josh Ball will last approximately 45 minutes.

• **Jessica Ball:** Ms. Jessica Ball is the plaintiff's ex-wife. She visited Mr. Millerd during his treatment for injuries suffered as a result of the negligence of the nursing and medical staff at CAVHS on or about November 19, 2018. Ms. Ball will testify about the injuries and damages suffered by her ex-husband. It is anticipated that the direct examination of Jessica Ball will last approximately 30 minutes.

Honorable Billy Roy Wilson
January 31, 2023

Δ2
- **Barry Hendrix, M.D.:** Dr. Barry Hendrix is the physician who evaluated the plaintiff at 5/3/23 the CAVHS Emergency Room on November 19, 2018. Dr. Hendrix is employed by CAVHS. He will testify briefly about his evaluation. It is anticipated that the examination of Dr. Hendrix will last 30 minutes (or less).  *Stipulated*

Δ1
- **Linda Poole, R.N.:** Nurse Linda Poole is a retired nurse who evaluated the plaintiff at the 5/3/23 CAVHS Emergency Room on November 19, 2018. Nurse Poole is a retired employee of CAVHS. She will testify briefly about her evaluation. It is anticipated that the direct examination of Nurse Poole will last 30 minutes (or less).  *Stipulated*

In addition, please see the following time estimates for cross examination of the defendant's case-in-chief witnesses:

- Barry Hendrix M.D. - 30 minutes  ✓ 5/3/23
- Linda Poole, R.N. - 30 minutes  ✓ 5/3/23

Δ3
- Wendell Pahls, M.D. - 45 minutes  ✓ 5/3/23

My intended direct of Dr. Hendrix and Nurse Poole is narrow and, as Ms. Lorence indicated, I do have an objection to the defendant proceeding with its full examination during my case in chief. Please let us how best to resolve this dispute as I may decide against calling Dr. Hendrix or Nurse Poole in my case-in-chief if the defendant is allowed go beyond the subject matter of the direct in their cross-examination.

Sincerely,

/s/ W. Bryan Smith

W. Bryan Smith

cc:   Lindsey Mitcham Lorence
      Shannon S. Smith