IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GRAYSON FRANKLIN MILLERD II**                                                                                        **PLAINTIFF**

**VS.**                                             **4:21-CV-00416-BRW**

**UNITED STATES OF AMERICA**                                                                                     **DEFENDANT**

**ORDER**

On mature reflection, I am satisfied by a preponderance of the evidence (clear and convincing evidence, in fact) that once liability is found the damages previously ordered should be increased by $1,000,000 for future pain, suffering, and mental anguish. All other previous findings of fact and conclusions of law from the May 4, 2023 Order (Doc. No. 49 ) are fully incorporated here. Accordingly, Mr. Millerd is entitled to damages in the amount of $2,055,594.24.

IT IS SO ORDERED this 5th day of May, 2023.

                                                     \_\_\_\_\_BILLY ROY WILSON_____
                                               UNITED STATES DISTRICT JUDGE